AUSA: Getzel Berger

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> JERMAINE GLYNN, <br><br> Defendant. | **25 MAG 2153** <br><br> RULE 5(c)(3) <br> AFFIDAVIT |

SOUTHERN DISTRICT OF NEW YORK, ss.:

NICHOLAS REINHOLD, being duly sworn, deposes and says that he is a Special Agent with the Federal Bureau of Investigation ("FBI"), and states as follows:

On or about February 18, 2025, the U.S. District Court for the Eastern District of Virginia issued a warrant (the "Virginia Arrest Warrant") for the arrest of "Jermaine Glynn" for failure to appear in court for a January 16, 2025 proceeding relating to a violation notice issued on November 21, 2024 (the "Violation"). A copy of the Virginia Arrest Warrant and the Violation are attached hereto and incorporated by reference herein.

I participated in the arrest of JERMAINE GLYNN, the defendant, in the Southern District of New York. I believe that GLYNN is the same person as "Jermaine Glynn" who is wanted by the U.S. District Court for the Eastern District of Virginia.

The bases for my knowledge and for the foregoing are, in part, as follows:

1.      I am a Special Agent with the FBI. This affidavit is based upon my personal participation in this matter, as well as on my conversations with other law enforcement officers, my examination of documents, reports, and records, and my personal observations of JERMAINE GLYNN, the defendant. I have been personally involved in determining whether GLYNN is the same person as "Jermaine Glynn," named in the Virginia Arrest Warrant. Because this Affidavit is being submitted for the limited purpose of establishing the identity of the defendant, I have not included in this Affidavit every fact that I have learned. Where I report statements made by others, those statements are described in substance and in part, unless otherwise noted.

2.      Based on my review of documents from the U.S. District Court for the Eastern District of Virginia, I know that, on or about February 18, 2025, the Honorable John F. Anderson, United States Magistrate Judge for the U.S. District Court for the Eastern District of Virginia issued a warrant for the arrest of "Jermaine Glynn" for failure to appear in court for a January 16, 2025 proceeding relating to the Violation.

3.      On or about July 8, 2025, at approximately 10:20 a.m., I participated in the arrest of JERMAINE GLYNN, the defendant, in Manhattan, New York, pursuant to the Virginia Arrest Warrant.

4.      Based on my participation in this arrest, my conversations with other law enforcement officers, and my review of law enforcement records, I believe that JERMAINE GLYNN, the defendant, is the "Jermaine Glynn" named in the Virginia Arrest Warrant, for the reasons set forth below:

a.  On or about July 8, 2025 while I was obtaining GLYNN's personal information in connection with this arrest, he confirmed that his name is "Jermaine Glynn."

b.  On or about July 8, 2025 while I was obtaining GLYNN's personal information in connection with this arrest, he confirmed his date of birth, which matched information associated with the "Jermaine Glynn" listed in the Virginia Arrest Warrant.

c.  On or about July 8, 2025, while processing GLYNN in connection with this arrest, I observed his appearance and observed that he appeared to be the same individual as an individual pictured in NYPD records for "Jermaine Glynn."

d.  On or about July 8, 2025, while processing GLYNN in connection with this arrest, he stated, in substance and part, that he knew he failed to appear for a court appearance in the Eastern District of Virginia.

5.      Accordingly, I believe that the "Jermaine Glynn" named in the Virginia Arrest Warrant is JERMAINE GLYNN, the defendant.

WHEREFORE, I respectfully request that JERMAINE GLYNN, the defendant, be imprisoned or bailed, as the case may be.

Nicholas Reinhold
Special Agent
Federal Bureau of Investigation

Sworn to before me this
8th day of July, 2025

THE HONORABLE SARAH L. CAVE
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

2

# Exhibit A

11199093

AO 238 (Rev. 06/19) Arrest Warrant and Notice Before Arrest

# UNITED STATES DISTRICT COURT
### for the
## EASTERN DISTRICT OF VIRGINIA

CM/ECF Case No. 1:25-PO-00012-JFA

United States of America

v.

GLYNN, JERMAINE N
2626 PENNSYLVANIA AVE NW
WASHINGTON, DC 20037

*Defendant*

| Location Code(s)/Violation Number(s) | | Violation Date(s) |
|---|---|---|
| EV88 | E2363712 | 11/21/2024 |
| EV88 | E2363715 | 11/21/2024 |
| Offense(s) | | Amount Due |
| THREATENING/RESISTING/INTIMID ATING/INTERFERING WITH AGE DISORDERLY CONDUCT E2363713 DISORDERLY CONDUCT 11/24/24 E2363714 DISORDERLY CONDUCT 11/24/24 | | APPEARANCE REQUIRED |

2025 FEB 25 17:12
UNITED STATES MARSHAL

## ARREST WARRANT

To.    Any authorized law enforcement officer

There is probable cause to issue this warrant for the arrest of the person identified above.

YOU ARE COMMANDED to arrest and bring this defendant before the nearest available United States magistrate judge without unnecessary delay to answer to these charge(s).

If the defendant has paid the amount due, you may return this warrant unexecuted.

/s/

John F. Anderson
United States Magistrate Judge
*Judge's signature*
HON JOHN F ANDERSON

Date and time issued: FEB. 18, 2025
11:00 A.M.

### Return

| | | |
|---|---|---|
| Received | Date: | Location: |

Executed by the arrest of the defendant.

| | | |
|---|---|---|
| Arrested | Date: | Location: |
| Name: | Title: | District: |
| Date: | Signature: | |

INFORMATION
COPY ONLY
NOTICE: BEFORE ARREST, VALIDATE
THROUGH NCIC. ORIGINAL
HELD BY U.S. MARSHAL.

Case 1:25-mj-02153-UA    Document 1    Filed 07/08/25    Page 5 of 5

## United States District Court
### Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| EV88 | E2363712 | McClean | SM7623 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☑ CFR ☐ USC ☐ State Code |
|---|---|
| 11/21/2024  09:51am | 32 CFR 234.6(A) |

Place of Offense

Pentagon Visitor Screening Center

Offense Description: Factual Basis for Charge          HAZMAT ☐

Interfering with Agency Functions
Interference, Threatening a government employee

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Glynn | Jermaine | N |

Tag No. | State | Year | Make/Model | PASS ☐ | Color

---

### APPEARANCE IS REQUIRED

A ☑ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

Forfeiture Amount

$

+ $30 Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →

$ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address

United States District Court
401 Courthouse Square
Alexandria, VA 22314
703-299-2100

Date: 01/16/2025

Time: 09:00 am

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: Refuse

Original - CVB Copy

CVB SCAN 12/18/2024 15:16

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on November 21 2024 while exercising my duties as a law enforcement officer in the Eastern District of Virginia

I, officer McClean (324) responded to a call for an emotionally disturbed person Jermaine McGlynn who self-identified by his name and date of birth. Information received from the Pentagon Operations Center revealed Mr. Glynn was listed as a threat to law enforcement, process or approach subject with caution. While on scene Mr. Glynn stated, "The next time I return to this building, any uncircumcised male officer with that patch will be killed"(Pentagon Police patch). Mr. Glynn was taken into custody without incident.

The foregoing statement is based upon:

☑ my personal observation    ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/21/2024
Date (mm/dd/yyyy)          Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on:
Date (mm/dd/yyyy)          U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;  CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident